**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 288 MAL 2015
                                :
            Respondent      :
                                :  Petition for Allowance of Appeal from
                                :  the Order of the Superior Court
          v.                 :
                                :
                                :
DARREN LAMONT MACKLIN,       :
                                :
            Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of August 2016, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1)     Whether the government is required to include notice of its intent to seek a mandatory penalty under a recidivist statute within the charging document since such mandatory penalties equate to new, aggravated crimes?

      This matter is consolidated with Commonwealth v. Bragg, 67 EAL 2016 and Commonwealth v. Sachette, 973 MAL 2015 for oral argument.

      Justice Wecht did not participate in the consideration or decision of this matter.